**Electronically Filed
Supreme Court
SCWC-12-0000836
23-DEC-2013
10:08 AM**

SCWC-12-0000836

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MAYDENE I. SIMMONS,
Respondent/Plaintiff-Appellant,

vs.

AQUA HOTELS AND RESORTS, INC., a Foreign Profit Corporation;
KAI MANAGEMENT SERVICES LLC, dba KAUAI BEACH RESORT,
a Domestic Limited Liability Company;
JOHN DOES 1-10 and JANE DOES 1-10,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000836;  CIV. NO. 11-1-0059)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Defendants-Appellees' application for writ of certiorari filed on November 15, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 23, 2013

Clayton Ikei and
Jerry Chang,
for petitioners

Stefan Reinke and
Malia Schreck,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon A. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

